UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                               Case No. 19-M-111

DIANA GORDON,

      Defendant.

---

## NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

---

The United States of America, by and through its attorneys, Matthew D. Krueger, United States Attorney, and Benjamin Proctor, Assistant United States Attorney, for the reasons set forth in its Unopposed Motion to Dismiss the Complaint, Doc. #15, and with leave of the Court granted on August 27, 2019, Doc. #16, hereby dismisses the Complaint against Diana Gordon without prejudice under Federal Rule of Criminal Procedure 48(a).

Respectfully submitted, this 6th day of September, 2019.

                              MATTHEW D. KRUEGER
                              United States Attorney

By:    */s/Benjamin W. Proctor*
         BENJAMIN W. PROCTOR
         Assistant United States Attorney
         Benjamin Proctor Bar No.: 1051904
         517 E. Wisconsin Ave. Suite 530
         Milwaukee, Wisconsin 53202
         Tel: (414) 297-1700
         Email: benjamin.proctor@usdoj.gov